IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEFFREY LEE CONNER,

      Appellant,

v.                                         Case No.    5D21-1231
                                             LT Case No. 2017-CF-790-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 2, 2022

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

J. Melanie Slaughter, of J. Melanie
Slaughter, P.A., Ocala, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison Leigh  Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, NARDELLA and WOZNIAK, JJ., concur.